**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
PAUL H. HIRSCH, STATE BAR NO. 327374
ph@brockgonzales.com

**Attorneys for Plaintiff**
DANIEL SHINBACHEW

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SHINBACHEW, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>GLOBAL PARKING SYSTEM, LLC; a Louisiana limited liability company; SP PLUS CORPORATION, a Delaware corporation; and DOES 1-50, inclusive,<br><br>          Defendants. | Case No.:  3:21-CV-08440-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

///
///
///
///
///
///

1

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Daniel Shinbachew and Defendants Global Parking System, LLC and SP Plus Corporation, through their respective counsel, hereby stipulate as follows:

1.     All claims in the above-entitled action are dismissed in their entirety with prejudice.

2.     Each party is to bear its own fees and costs.

3.     The attached order shall be entered.

**IT IS SO STIPULATED.**

1   *Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Andrew J. Kozlow, certify that*
2   *all other signatories listed, on whose behalf the filing is submitted, concur in*
3   *the filing's content and have authorized the filing.*

4

5   DATED:      June 17, 2022                    BROCK & GONZALES, LLP

6

7

8                                        By:    */s/ Paul H. Hirsch*
9                                               D. AARON BROCK
10                                              CHRISTOPHER P. BRANDES
11                                              PAUL H. HIRSCH
12                                              Attorneys for Plaintiff

13

14  DATED:      June 17, 2022                    JACKSON LEWIS P.C.

15

16

17                                       By:    */s/ Andrew J. Kozlow*
18                                              SPENCER LADD
19                                              ANDREW J. KOZLOW
20                                              Attorneys for Defendant

21

22

23

24

25

26

27

28

3
**STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER**

## <u>ORDER</u>

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1.      All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2.      Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  July 12          , 2022                    _____

Joseph C. Spero

United States ~~District Court~~ Judge

Chief Magistrate

**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**